# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00322-CR

**Roderick Payton, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-16-301681, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State's brief was originally due February 5, 2018. On counsel's motions, the time for filing was extended to May 7, 2018. The State's counsel has now filed a fourth motion, requesting that the Court extend the time for filing the State's brief. We grant the motion for extension of time and order the State to file a brief no later than June 6, 2018. No further extension of time will be granted and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on May 11, 2018.

Before Chief Justice Rose, Justices Goodwin and Field

Do Not Publish